Charles A. Strand, appellee, v. Eric J. Strand, appellant. Gen. No. 28,079.

Action for debt. Set-off claimed. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the Branch Appellate Court at the October term,

1922. Reversed and remanded. Opinion filed March 13, 1923.

Samuel M. Booth, for appellant. McCoy, Kerr & Planer, for appellee; Joseph Planer, of counsel.

Mr. Justice Morrill delivered the opinion of the court.